IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02527-MSK-BNB

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,
a Colorado corporation

    Plaintiff(s),

v.

ROCKY MOUNTAIN STRUCTURES, INC., a Colorado corporation, and
HARDROCK STRUCTURES, INC., a Colorado corporation,

    Defendant(s).

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter comes before the Court on motion of Plaintiff and the Defendants, for an Order of dismissal without prejudice, with each party to pay its own fees and costs. The Court has reviewed the motion and the case file, and considered applicable law. The Court hereby Orders that said motion **(#23)** is **GRANTED**.

This action is Dismissed Without Prejudice, each party to pay its own attorneys' fees and costs.

DATED this 6th day of April, 2009.

                              **BY THE COURT:**

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge